# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CATHAS ADVANCED TECHNOLOGIES, LLC,<br><br>           Plaintiff,<br><br>   v.<br><br>ORACLE CORPORATION,<br><br>           Defendant. | C.A. No. 12-674-LPS |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii) and (c), Plaintiff Cathas Advanced Technologies, LLC and Defendant Oracle Corporation ("Oracle") hereby dismiss without prejudice the claims asserted by Cathas against Oracle in this action and the counterclaims asserted by Oracle against Cathas in this action, with each party to bear its own costs and fees. Oracle further agrees not to file any action for declaratory judgment against Cathas pertaining to U.S. Patent No. 6,925,445, unless Cathas takes any future action, direct or indirect, that leads Oracle to believe that Cathas may attempt to assert claims relating to this patent against Oracle or any user or prospective user of Oracle Application Express.

February 1, 2013

| BAYARD, P.A. | RICHARDS, LAYTON & FINGER P.A. |
|---|---|
| */s/ Stephen B. Brauerman* | */s/ Steven J. Fineman* |
| Richard D. Kirk (rk0922) | Steven J. Fineman (#4025) |
| Stephen B. Brauerman (sb4952) | Jaclyn C. Levy (#5631) |
| 222 Delaware Avenue, Suite 900 | One Rodney Square |
| Wilmington, DE 19801 | P.O. Box 551 |
| (302) 655-5000 | Wilmington, DE 19899 |
| rkirk@bayardlaw.com | (302) 651-7700 |
| sbrauerman@bayardlaw.com | fineman@rlf.com |
|  | levy@rlf.com |
| *Attorneys for Plaintiff Cathas Advamced Technologies, LLC* | *Attorneys for Defendant Oracle Corp.* |